# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALDINE WALLUS<br>    Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>    Defendants. | Court File No. 20-cv-1745 |
| MUSTAFA SULTAN,<br>    Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>    Defendants. | Court File No. 20-cv-1747 |
| JEFFREY BOYETTE,<br>    Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>    Defendants. | Court File No. 20-cv-1749 |
| JAY WASYLYNA,<br>    Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>    Defendants. | Court File No. 20-cv-1753 |

| | |
|---|---|
| ROBERT WALLACE,<br>      Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>      Defendants. | Court File No. 20-cv-1757 |
| FOREST TAYLOR,<br>      Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>      Defendants. | Court File No. 20-cv-1758 |
| DOUGLAS BRACA<br>      Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>      Defendants. | Court File No. 20-cv-1763 |
| GARY MARTIN<br>      Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>      Defendants. | Court File No. 20-cv-1765 |

| | |
|---|---|
| RUSSEL NISBET,<br>       Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>       Defendants. | Court File No. 20-cv-1769 |
| VAUGHN SCHER<br>       Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>       Defendants. | Court File No. 20-cv-1771 |
| COREY SHOTT,<br>       Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>       Defendants. | Court File No. 20-cv-1772 |

**MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiffs, by and through counsel, hereby move this Court for an order remanding this case to Minnesota State Court, Fourth Judicial District, Hennepin County.

This Motion is based on the pleadings, files and records herein, including Plaintiffs' Omnibus Memorandum in Support, and the Declaration of Mikal C. Watts, filed in support of this Motion.

3

Dated: September 9, 2020            Respectfully submitted,

**WATTS GUERRA LLP**

By: ___s/ Mikal C. Watts_____
    Mikal C. Watts
    Texas State Bar No. 20981820
    mcwatts@wattsguerra.com
    Alicia O'Neill
    MN State Bar No. 0401566
    aoneill@wattsguerra.com
    Francisco Guerra IV (pending *Pro Hac Vice*)
    Texas State Bar No. 00796684
    fguerra@wattsguerra.com
    Erin Rogiers (pending *Pro Hac Vice*)
    Texas State Bar No. 24083597
    erogiers@wattsguerra.com
    5726 W. Hausman Rd., Suite 119
    San Antonio, Texas 78249
    Telephone:  (210) 448-0500
    Facsimile:   (210) 448-0501

*Attorneys for Plaintiffs*